170 A.3d 314

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

June 29, 2017

ORDER

It is ORDERED that the motion of Rutgers, the State University of New Jersey for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file briefs in response on or before July 31, 2017. Oral argument is limited to five minutes.

170 A.3d 314

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FRAN PLLUMBAJ, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005276–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.